Joel S. Cohen, PC
35 Worth Street, 3rd Floor
New York, NY 10013
TEL:   212-571-8899
FAX:   212-571-9557
MOBILE:   914-500-7398
EMAIL: jcesq99@gmail.com

General Counsel
International Police Association
Region 2 – New York

**MEMO ENDORSED**

Shomrim Society
New York City Police Department

July 2, 2020

By ECF
The Honorable Sidney H. Stein
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

Re: United States v. Raymond Quiles
    17 CR  243 (SHS)

Dear Judge Stein:

Raymond Quiles's present bail conditions restrict his travel to the Districts of New Jersey and the Southern District of New York.  He has recently acquired a new client in Philadelphia for his equipment supply company and will need to travel there. With no objection by the Government or Pre-Trial Services, I ask. Respectfully, that Your Honor modify the travel restrictions currently in place to permit travel to Pennsylvania.

The Honorable Sidney H. Stein
Re: United States v. Raymond Quiles
Page two

Thank you for considering this application.

                                              Very truly yours,

                                              /S

                                              Joel S. Cohen

cc: Robert Sobelman, AUSA   by ECF
    Pre-Trial Services           by ECF

**Application granted.**

**Dated: New York, New York**
         **July 9, 2020**

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.