UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 17-Cr-243 (SHS) |
| -against- | : | ORDER |
| RAYMOND QUILES, | : | |
| Defendant. | : | |

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

At the request of defendant to modify his bail conditions to travel outside the District of New Jersey and the Southern District of New York, and with no objection from Pretrial Services or the government,

IT IS HEREBY ORDERED that defendant may travel to Connecticut tomorrow to deliver equipment for work and return home the same day.

Dated: New York, New York
November 2, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.