Joel S. Cohen, PC
75 Maiden Lane
New York, NY 10038
TEL: 212-571-8899
FAX: 646-619-8388
MOBILE: 914-500-7398
EMAIL: jcesq99@gmail.com

General Counsel
Shomrim Society of the
New York City Police Department

March 14, 2022

By ECF and email
The Honorable Sidney H. Stein
United States District Judge
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: United States v. Raymond Quiles
    Docket No. 17 CR 243 (SHS)

Dear Judge Stein:

With the consent of Pretrial Services, I write to request permission for Raymond Quiles to attend a trade show in Las Vergas from March 22-24, allowing a day for travel at each end. He has provided Pretrial with his itinerary. The Government defers to the Court and Pretrial with respect to this application.
Thank you for considering this application.

Very truly yours,
/S/
Joel S. Cohen
(JC6998)

cc: AUSA Robert Sobelman

Defendant's request to travel to Las Vegas as set forth above is granted.

Dated: New York, New York
       March 14, 2022

SO ORDERED:

/s/ Sidney H. Stein
Sidney H. Stein, U.S.D.J.