

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 19, 2022

**BY ECF**                                                    **MEMO ENDORSED**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Raymond Quiles,* S6 17 Cr. 243 (SHS)

Dear Judge Stein:

      The Government respectfully submits this letter to request, with the defendant's consent, that the Court reschedule the defendant's resentencing from October 26, 2022, at 2:30 p.m., to a time convenient to the Court on November 3, 2022, in light of a scheduling conflict.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney for the
      Southern District of New York

By: *Robert B. Sobelman*
      Kiersten A. Fletcher
      Sheb Swett
      Robert B. Sobelman
      Assistant United States Attorneys
      (212) 637-2238/6522/2616

Cc: Joel S. Cohen, Esq. (by ECF)

**The sentencing is adjourned to November 3, 2022, at 11:00 a.m.**

Dated:  New York, New York
         August 22, 2022

SO ORDERED

*Sidney H. Stein*
SIDNEY H. STEIN
U.S.D.J.