

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

October 9, 2022

**BY ECF**                    **MEMO ENDORSED**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Raymond Quiles*, S6 17 Cr. 243 (SHS)

Dear Judge Stein:

The Government respectfully submits this letter to request, with the defendant's consent, that the Court (i) reschedule the defendant's resentencing from November 3, 2022, at 11:00 a.m., to a time convenient to the Court on December 15, 2022; (ii) adjust the parties' resentencing submission deadlines accordingly; and (iii) adjourn the defendant's surrender date from November 18, 2022, to a date after the rescheduled resentencing.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: *Robert B. Sobelman*
Kiersten A. Fletcher
Robert B. Sobelman
Assistant United States Attorneys
(212) 637-2238/2616

Cc: Joel S. Cohen, Esq. (by ECF)

The sentencing is adjourned to December 15 at 12:00 p.m. The defense submission is due by November 28, the government submission is due by December 5. The defendant's surrender date is adjourned to January 27, 2023.

Dated: New York, New York
October 11, 2022

SO ORDERED:

*Sidney H. Stein*
Sidney H. Stein, U.S.D.J.