UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,                :        17-Cr-243 (SHS)

     -v-                                              :

                                  ORDER

RAYMOND QUILES,                          :

             Defendant.             :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

     IT IS HEREBY ORDERED that defendant's sentencing date is adjourned to January 4, 2023, at 3:00 p.m.

Dated: New York, New York
      December 8, 2022

                               SO ORDERED:

                                 Sidney H. Stein, U.S.D.J.